IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLTON BRAGG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-3826 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

In conformity with the Order Adopting Magistrate Judge's Memorandum and Recommendation signed on September 21 2012, it is hereby **ADJUDGED** that the decision of Defendant, Michael J. Astrue, Commissioner of the Social Security Administration, is **REVERSED**. It is further **ORDERED** that the case be remanded to the Social Security Administration for further proceedings consistent with the Memorandum and Recommendation.

All relief not granted herein is **DENIED**. Plaintiff is awarded his costs.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide a copy of this judgment to all counsel.

**SIGNED** this 21st day of September, 2012, in Houston, Texas.

SIM LAKE
UNITED STATES DISTRICT JUDGE